1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS SOTO-FARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-497 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| ARTURO SERVIN MARTINEZ, | ) | |
| JESUS SOTO-FARIAS | ) | |
| NICHOLAS MARTINEZ-FERNANDEZ | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter came on for Status Conference on December 4, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Michael Beckwith appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Soto-Farias, who was present in custody, Attorney Dina Santos appeared on behalf of Defendant Arturo Servin Martinez, who was present and in custody, and Attorney John Manning appeared on behalf of Defendant Nicholas Martinez-Fernandez, who was present and in cutstody.  All defendants were assisted by the certified Spanish language interpreter.

All parties agreed that defense counsel need additional time for investigation, review of discovery and to prepare a defense of the case.

A further status conference date of January 3, 2008, is set.

Order After Hearing

1    Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
2 the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 for preparation of
3 counsel, from December 4, 2007, up until and including January 3, 2008.

4    Good cause appearing therefor,

5    IT IS ORDERED that this matter is continued to January 3, 2008, at 9:30 a.m. for Status
6 Conference.

7    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4,
8 the period from December 4, 2007, up to and including January 3, 2008, is excluded from the time
9 computations required by the Speedy Trial Act due to case complexity and ongoing preparation of
10 counsel.

11 Dated:   December 13, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                              2