DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS SOTO-FARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-497 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JESUS SOTO-FARIAS<br>NICHOLAS MARTINEZ-FERNANDEZ | ) | JUDGE: Lawrence K. Karlton |
| Defendants. | ) | |

This case is currently scheduled for a status hearing on April 1, 2008. The attorneys for all parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 1, 2008, be continued until April 29, 2008. In addition, the parties stipulate that the time period from April 1, 2008, to April 29, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: March 31, 2008

Respectfully submitted,

McGREGOR W. SCOTT                                   DANIEL BRODERICK
United States Attorney                              Federal Defender


 /s/Lexi Negin for Michael Beckwith                  /s/ Lexi Negin
MICHAEL BECKWITH                                    LEXI NEGIN
Assistant U.S. Attorney                             Assistant Federal Defender
Attorney for United States                          Attorney for Jesus Soto-Farias


/s/ Lexi Negin for John Manning
JOHN MANNING
Attorney for Nicolas Martinez-Fernandez

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-497 LKK |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING |
| ) | AND EXCLUDING TIME PURSUANT TO THE |
| JESUS SOTO-FARIAS ) | SPEEDY TRIAL ACT |
| NICHOLAS MARTINEZ-FERNANDEZ ) | |
| Defendants. ) | |

For the reasons set forth in the stipulation of the parties, filed on March 31, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for April 1, 2008, be vacated and that the case be set for April 29, 2008 at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 31, 2008 stipulation, the time under the Speedy Trial Act is excluded from April 1, 2008, through April 29, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 31, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2